**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND LITIGATION

This document relates to: 1:18-cv-05053-LAK;
1:18-cv-09797-LAK; 1:18-cv-09836-LAK;
1:18-cv-09837-LAK; 1:18-cv-09838-LAK;
1:18-cv-09839-LAK; 1:18-cv-09840-LAK;
1:18-cv-09841-LAK; 1:18-cv-10100-LAK

MASTER DOCKET

Case No.: 1:18-md-02865-LAK



DATE FILED: 12-8-21

### STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY DEFENDANT ED&F MAN CAPITAL MARKETS, LTD.'S TIME TO RESPOND TO ACER INVESTMENT GROUP, LLC, DARREN WITTWER, AND ROBERT CREMA'S MOTION TO AMEND

WHEREAS, Third-Party Plaintiffs Acer Investment Group, LLC ("Acer"), Darren Wittwer, and Robert Crema (collectively, the "Third-Party Plaintiffs") filed a joint Motion to Amend (the "Motion") their Third-Party Complaints against ED&F Man Capital Markets, Ltd. ("ED&F") in the above-captioned proceedings on November 29, 2021;

IT IS HEREBY STIPULATED AND AGREED, by and between ED&F and the Third-Party Plaintiffs, that:

1. ED&F shall file its opposition to the Motion on or before January 14, 2022; and

2. The Third-Party Plaintiffs shall file any reply on or before February 4, 2022.

No provision of this Stipulation and Order shall be construed as a waiver of, and ED&F and the Third-Party Plaintiffs expressly reserve, all claims and defenses. This is the first request to modify the briefing schedule for the Motion.

Dated:   New York, New York
         December 7, 2021

                                **BINDER & SCHWARTZ LLP**

By:   /s/ Neil S. Binder
      Neil S. Binder
      M. Tomas Murphy
      Gregory C. Pruden
      366 Madison Avenue, 6th Floor
      New York, NY 10017
      Telephone:   212-510-7031
      Facsimile:   212-510-7299
      nbinder@binderschwartz.com

*Attorneys for Third-Party Defendant ED&F Man Capital Markets, Ltd.*

                                **K&L GATES LLP**

By:   /s/ John C. Blessington
      John C. Blessington (*pro hac vice*)
      Brandon R. Dillman (*pro hac vice*)
      State Street Financial Center
      One Lincoln Street
      Boston, MA 02111
      Telephone:   617.261.3100
      Facsimile:   617.261.3175
      John.Blessington@klgates.com
      Brandon.Dillman@klgates.com

*Attorneys for Third-Party Plaintiffs Acer Investment Group, LLC, Darren Wittwer, and Robert Crema*

SO ORDERED:

      /s/ Lewis A. Kaplan

Hon. Lewis A. Kaplan
United States District Judge

12/8/21